# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff | Criminal No. 4:24-cr-153 |
| vs. | |
| **DONAULT SEANDREA LOGAN,** | **MOTION TO CONTINUE SENTENCING** (without objection) |
| Defendant. | |

Comes now Defendant Donault Logan, by and through Counsel, and moves the court for an order continuing the sentencing date and time, and in support thereof states as follows:

1- Undersigned counsel was appointed to represent the Defendant on November 5, 2025. The Defendant was appointed previous counsel who withdrew.

2- Undersigned counsel received the draft PSR and reviewed it with the Defendant shortly after it was received. At the time it appeared to Counsel that the total sentence imposed would fall in the guideline range of 30 to 37 months.

3- Undersigned had total hip replacement surgery on December 10, 2025 from which recovery is ongoing. Combined with the Holiday season and other obligations, I was late in further evaluating the PSR for preparation of the Sentencing Memorandum. I now realize that the Court will likely impose a 7-year sentence on Count 10 to run consecutively with the other count. Accordingly, the Defendant is misinformed regarding the sentence likely to be imposed. Undersigned needs additional time to confer with the Defendant regarding this matter.

4- Undersigned has conferred with the US Attorney assigned to the case who is not opposed to this motion to continue the Sentencing Date.

Accordingly, the Defendant respectfully requests that the Sentencing date be continued for 3 or 4 weeks to allow appropriate client and attorney communication.

        /s/ Dennis E. McKelvie

Dennis E. McKelvie AT0005205
McKelvie Law Office
P.O. Box 213
Grinnell, Iowa  50112
(641)236-6631
(641)843-7553 fax
dsmckel@gmail.com

All parties hereto served by ECF on January 2, 2026, /s/ Dennis E. McKelvie